

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANDREW CARLTON LIKE, | § | No. 08-23-00014-CR |
| Appellant, | § | Appeal from the |
| v. | § | 451st Judicial District Court |
| THE STATE OF TEXAS, | § | of Kendall County, Texas |
| Appellee. | § | (TC# 8055) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.